

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00126-CV

---

SAENGDAVONE SOUVANNASANE, APPELLANT

V.

JENNY SISOMBATH, APPELLEE

---

On Appeal from the 231st District Court
Tarrant County, Texas
Trial Court No. 231-694444-21, Honorable Jesus Nevarez, Jr., Presiding

---

October 31, 2022

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Saengdavone Souvannasane, proceeding pro se, appeals from the trial court's *Default Protective Order*.[1]  Appellant's brief was due September 26, 2022, but was not filed.  By letter of October 4, 2022, we notified appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalizations efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

received by October 14.  To date, appellant has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam